LAWRENCE G. BROWN
Acting United States Attorney
STANLEY A. BOONE
Assistant U.S. Attorneys
4401 Federal Building
2500 Tulare Street
Fresno, California 93721
Telephone: (559) 497-4000

FILED

JUN 1 0 2009

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
         DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 01: 09-MJ-00116 SMS |
| Plaintiff, ) | |
| v. ) | MOTION TO UNSEAL COMPLAINT AND AFFIDAVIT AS TO ALFRED DARNELL FORD ONLY |
| ALFRED DARNELL FORD, ) | |
| Defendants. ) | |

The United States of America hereby moves this court for an order unsealing the Complaint and Affidavit as to Alfred Darnell Ford Only. The reason for the unsealing is that the defendant has been arrested.

Respectfully submitted,

LAWRENCE G BROWN
United States Attorney

DATED: 6/10/09

STANLEY A. BOONE
Assistant U.S. Attorney

1  IT IS HEREBY ORDERED that the indictment and warrant of arrest
2  Alfred Darnell Ford only be unsealed and made public record.

DATED:  6/10/09

United States Magistrate Judge